# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
CRIMINAL DIVISION
VENUE: OAKLAND

FILED
08 JAN 17 PM 2:13

CR 08 0021

**CW**

UNITED STATES OF AMERICA,

v.

ROBERT THOMAS DOYLE,

DEFENDANT.

## INDICTMENT

INDICT

A true bill.

_____
Foreman

Filed in open court this __17__ day of __JANUARY 2008__

_____
Clerk

Bail, $ no bail arrest warrant

Submit by Email

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

—— OFFENSE CHARGED ——

18 USC § 287 - 34 counts
False Claims

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:

18 USC § 287 - 5 yrs impris., $250,000 fine, 3 years superv. rel., $100 assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN 17 PM 2: 13

DEFENDANT - U.S.
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
▶ ROBERT THOMAS DOYLE   N.D. OF CALIFORNIA

DISTRICT COURT NUMBER

CW

—— PROCEEDING ——
Name of Complaintant Agency, or Person (&Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y   ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on   JOSEPH P. RUSSONEILLO
   THIS FORM
   ☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   THOMAS MOORE, AUSA, TAX DIV.

—— DEFENDANT ——

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   } If "Yes"
been filed?    ☐ No      give date filed

DATE OF ▶   Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not
                                Month/Day/Year
DATE TRANSFERRED ▶
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

08 JAN 17 PM 2: 14

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CW |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| v. | ) | |
| | ) | VIOLATIONS: 18 U.S.C. §287 - False Claims to United States Agency |
| ROBERT THOMAS DOYLE, | ) | |
| Defendant. | ) | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNTS ONE THROUGH THIRTY FOUR (18 U.S.C. § 287 - False Claims)

On or about the dates set forth below, in the Northern District of California, the defendant,

ROBERT THOMAS DOYLE,

then a resident of Oakland, California, did make and present to the United States Treasury Department the claims against the United States, specified below, which claims he knew to be false, fictitious or fraudulent, by preparing or causing to be prepared U.S. Individual Income Tax Returns [Forms 1040] which were presented for payment to the United States Treasury Department, through the Internal Revenue Service, through paper filing, which claims defendant

Indictment                                    1

DOYLE then and there well knew were false, fictitious or fraudulent.

| Count | Date Of Offense On Or About | Taxpayer | Calendar Tax Year | Amount Falsely Claimed as a Refund on Form 1040 |
|---|---|---|---|---|
| 1 | March 19, 2004 | D. C. | 2000 | $1,809 |
| 2 | August 17, 2004 | L. B. | 2001 | $2,476 |
| 3 | March 19, 2004 | D C. | 2001 | $1,895 |
| 4 | July 13, 2004 | C. J. | 2001 | $3,990 |
| 5 | June 3, 2004 | L. J. | 2001 | $2,450 |
| 6 | June 22, 2004 | L.W. | 2001 | $2,428 |
| 7 | September 19, 2004 | A.W. | 2001 | $1,077 |
| 8 | July 23, 2004 | R.W. | 2001 | $1,284 |
| 9 | May 31, 2005 | F. A. | 2002 | $2,299 |
| 10 | June 2, 2004 | C. B. | 2002 | $3,850 |
| 11 | March 19, 2004 | D.C. | 2002 | $1,956 |
| 12 | July 30, 2004 | J.G. | 2002 | $1,312 |
| 13 | July 12, 2004 | C.J. | 2002 | $3,796 |
| 14 | June 3, 2004 | L.J. | 2002 | $2,560 |
| 15 | June 30, 2004 | L.P. | 2002 | $4,349 |
| 16 | June 21, 2005 | T.S. | 2002 | $2,231 |
| 17 | June 22, 2004 | L.W. | 2002 | $2,501 |
| 18 | May 27, 2004 | R.W. | 2002 | $2,506 |
| 19 | September 8, 2004 | R.W. | 2002 | $1,511 |
| 20 | May 31, 2005 | F.A. | 2003 | $2,268 |
| 21 | June 13, 2004 | V.B. | 2003 | $1,491 |
| 22 | June 2, 2004 | C.B. | 2003 | $3,858 |
| 23 | April 15, 2004 | D.C. | 2003 | $2,027 |
| 24 | July 30, 2004 | J.G. | 2003 | $1,905 |
| 25 | September 13, 2004 | J.G. | 2003 | $3,077 |
| 26 | August 20, 2004 | C.J. | 2003 | $4,399 |
| 27 | April 15, 2004 | L.J. | 2003 | $2,414 |

Indictment                                        2

| | | | | |
|---|---|---|---|---|
| 28 | June 30, 2004 | L.P. | 2003 | $4,453 |
| 29 | June 21, 2005 | T.S. | 2003 | $2,576 |
| 30 | April 15, 2004 | L.W. | 2003 | $2,547 |
| 31 | May 27, 2004 | R.W. | 2003 | $2,547 |
| 32 | May 31, 2005 | F.A. | 2004 | $2,318 |
| 33 | April 15, 2005 | V.B. | 2004 | $3,065 |
| 34 | June 21, 2005 | T.S. | 2004 | $2,666 |

All in violation of Title 18, United States Code, Section 287.

A True Bill

Dated: 1-17-2008

/s/ FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
BRIAN STRETCH
Chief, Criminal Section

Approved as to Form:

/s/
THOMAS MOORE
Assistant United States Attorney

Indictment                                3