| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 41 Mins | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | | REPORTER/FTR<br>FTR: 1/22/08 | 11:16:22-11:33:25 recalled<br>3:49:25-4:13:00 |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>1/22/08 | | NEW CASE ☐ | CASE NUMBER<br>CR-08-00021-CW |

### APPEARANCES

| DEFENDANT<br>ROBERT THOMAS DOYLE | AGE | CUST<br>Agent Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Joyce Leavitt | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>(Tom Newman - am in person/by phone-pm)<br>Tom Newman & Maureen Bessette (pm) in person | | INTERPRETER<br>None | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | | PRETRIAL SERVICES OFFICER<br>Taifa Gaskins | | DEF ELIGIBLE FOR APPT'D COUNSEL ☒ | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>12 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS<br>22 Mins HELD |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>5 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☒ ATTY APPT HEARING<br>2 Mins HELD |

### INITIAL APPEARANCE

| ☒ ADVISED<br>OF RIGHTS<br>1/22/08 | ☒ ADVISED<br>OF CHARGES<br>1/22/08 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME |
|---|---|---|---|

**FILED JAN 22 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT<br>34 COUNTS | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 50,000 PR Unsecured | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☐ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY as to all 34 Counts | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>1/30/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY DEFT. RE: SPEEDY TRIAL ACT CALCULATION BET. NOW & UNTIL 1/30/08 FOR EFFECTIVE PREP. OF COUNSEL | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Case also set bef. Judge Claudia Wilken on 1/30/08 at 2:30 p.m. for Status/Trial Setting.
Request for discovery was made by the deft's atty. to the govt's atty. Discovery shall be provided by the govt's atty. to the deft's atty. by 1/29/08. The deft. shall be interviewed by Pret. Svcs. only at the presence of his counsel. After court this morning, the deft. reported to Pret. Svcs. Office. He admitted to the use of methamphetamine, cocaine & marijuana. Deft. was given a drug test by Pret. Svcs. & he tested positive for cocaine & marijuana. Deft. told Pret. Svcs. that his address on the Bond is not his own place, it's a residential facility for old people called "Rhonda". He's been staying in that place for about 3 yrs. & he pays the facility for his food & bed. He told Pret. Svcs. that he's been taking psychiatric medication. **See page 2 for continuation.**

DOCUMENT NUMBER:

Copy to: Pretrial, Sheilah, WDB's Stats

CONTINUATION OF MAGISTRATE JUDGE MINUTE ORDER
CR-08-00021-CW    USA v. Robert Thomas Doyle


The deft. told Court that he graduated from Newbridge Drug Treatment Prog. sometime in 2001. The deft's atty. said that the deft. has been seeing a psychiatrist. The Court asked Pret. Svcs. to check out the deft's current psychiatrist and try to get some info. re: deft's medication. If Pret. Svcs. is not satisfied with the deft's current psychiatrist, then Pret. Svcs. should make arrangements to have him interviewed by a different psychiatrist. The Court asked the deft. to sign the waiver form that will be provided to him by Pret. Svcs. re: release of his medical records. The Court also asked Pret. Svcs. to check out the facility called "Rhonda" where the deft. is currently residing. The Court admonished the deft. that he must continue to take his psychiatric medication and he must not use or possess any narcotic or other controlled substance without a legal prescription.