UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Raynee Mercado**
**Date: 1/30/08**

**Plaintiff:** United States

**v.**                                                     **No.** CR-08-00021 CW

**Defendant:** Robert Thomas Doyle (present)

**Appearances for Plaintiff:**
Tom Newman

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

Hearing:  Trial Setting

**Notes:**    This was the defendant's first appearance before District Judge.  Defendant failed to appear before WDB this morning because he did not remember.  Court admonishes defendant.  **Defendant to appear before WDB on 2/1/08 at 10:00 a.m. for modification of conditions of release.**  Defense has received discovery but has not reviewed it with defendant.  Defense to file if she can any motions by 2/20/08 and motions will be briefed in accordance with Local Rules.  **Case continued before CW to 3/5/08 at 2:30 p.m. for hearing motions or setting motions or disposition or trial date.**  Time excluded for effective preparation to investigate possible motions.

Copies to: Chambers; Ivy/WDB