RECEIVED
UNITED STATES MARSHAL
2008 FEB 15 PM 2:56
NORTHERN DISTRICT OF
CALIFORNIA - OAKLAND

FILED
FEB 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

ROBERT THOMAS DOYLE,

    Defendant(s).
_____/

No. CR-08-00021-CW

**ORDER RE: BAIL REVOKED, BOND EXONERATED AND DEFENDANT REMANDED TO CUSTODY**

Based on the prima facie showing that the defendant violated the terms and conditions of his pretrial release as set forth on the Pretrial Services's memorandum filed on February 8, 2008, the Court hereby enters the following orders:

1. The defendant's bail is REVOKED;

2. The appearance bond issued and filed on January 22, 2008 is EXONERATED;

3. The defendant is REMANDED forthwith to custody pending further proceedings, set before the undersigned on February 25, 2008 at 10:00 a.m. The defendant shall receive credit for time served in custody.

IT IS SO ORDERED.

Dated: 2/15/08

_____
WAYNE D. BRAZIL
United States Magistrate Judge

cc: All parties via ECF, WDB's files, Sheilah Cahill, Financial, Pretrial,
    U.S. Marshal (2 certified copies)