UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Starr Wilson, pro tem**
**Date: 3/5/08**

**Plaintiff:** United States

**v.**                                                           **No.** CR-08-00021 CW

**Defendant:** Robert Thomas Doyle (present - in custody)

**Appearances for Plaintiff:**
Tom Moore

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing:**   Motions Hearing or Motions Setting or Trial Setting
              or Disposition

**Notes:**   Defense requests continuance for trial setting; defense does not think there will be motions.  Defense is in the process of obtaining mental health records and may be requesting evaluation for competency.  **Case continued to 4/9/08 at 2:00 p.m. for trial setting or disposition or request for competency hearing.**  Time excluded for effective preparation.

Copies to: Chambers