UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 4/9/08**

**Plaintiff:** United States

**v.**                                              **No.** CR-08-00021 CW

**Defendant:** Robert Thomas Doyle (present - in custody)

**Appearances for Plaintiff:**
Thomas Moore

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


**Hearing:** Trial Setting or Request for Competency Evaluation or Disposition

**Notes:** Court received letter from defendant and letter was shown to defense counsel. Court will provide a copy to defense counsel and file the letter under seal. Defense counsel and defendant have worked out their differences. **Case continued to 4/30/08 at 2:00 p.m. for disposition or trial setting.** Defense counsel will be sending government more detailed discovery letter. Defense counsel may be filing discovery motions or bill of particulars. No competency evaluation is needed. Time excluded for effective preparation.

Copies to: Chambers