**FEDERAL PUBLIC DEFENDER**
Northern District of California
555 12th Street, Suite 650
Oakland California 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

April 23, 2008

<u>VIA FACSIMILE (510) 637-3545</u>
Magistrate Judge Wayne D. Brazil
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612
attn: Ivy Garcia

**<u>United States v. Robert Thomas Doyle, CR 08-00021 CW</u>**
**Request to calendar matter on April 24, 2008 for update re: reconsideration of bail**

Dear Judge Brazil :

    I am writing to ask that this matter be placed on Your Honor's calendar on Thursday, April 24, 2008 at 10:00 a.m. for an update regarding our request that Mr. Doyle be released to a half-way house.  At the last hearing on April 11, 2008, Your Honor asked that we determine when there would be space available at the half-way house and how to ensure that Mr. Doyle continues getting mental health medication and treatment.  I have learned from US Pretrial Services Officer Hence Williams that there will space available at the half-way house for Mr. Doyle this Friday, April 25, 2008.  With respect to how to ensure that Mr. Doyle continues to get his medication and treatment, I have spoken to individuals at Santa Rita's mental health department, the mental health services outpatient hotline and other individuals who have provided me with additional resources.  I am still following up with these referrals and hotlines and will update Your Honor on what I have learned at our appearance tomorrow.

    United States Pretrial Services Hence Williams and Assistant United States Attorney Thomas Moore are aware that the matter will be put on calendar for tomorrow.  AUSA Moore has indicated that he still has no objection to Mr. Doyle's release to the half-way house.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender
/S/

JOYCE LEAVITT
Assistant Federal Public Defender

cc:    Thomas Moore, AUSA
        Hence Williams, US Pretrial Services