BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant DOYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>           Plaintiff,       )<br>                              )<br>     v.                       )<br>                              )<br>                              )<br>ROBERT DOYLE,                 )<br>                              )<br>           Defendant.         ) | No. CR 08-00021 CW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL SETTING DATE AND EXCLUSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date or trial setting date in this case, currently scheduled for Wednesday, April 30, 3008, before Honorable Claudia Wilken, may be continued to Wednesday, May 28, 2008, at 2:30 p.m. for status or trial setting. Defense counsel has requested additional discovery from the government which has not yet been received. In addition, defense counsel is continuing with its investigation which may impact the resolution of this case. Should the Court continue the court date by four weeks, it should allow the defense time to receive the outstanding discovery and determine whether additional motions based upon the discovery should be brought. It will also allow the parties time to try and resolve the

case. The parties stipulate that the time from April 30, 2008, to May 28, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel so that counsel can receive any outstanding discovery, continue with its investigation and discuss with the government a possible resolution of the case.

DATED: April 29, 2008      /S/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED:  April 29, 2008      /S/
THOMAS MOORE
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status or trial setting date in this case, currently scheduled for Wednesday, April 30, 2008, before Honorable Claudia Wilken, may be continued to Wednesday, May 28, 2008, at 2:30 p.m. for status or trial setting.

IT IS FURTHER ORDERED that the time from April 30, 2008, to May 28, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel so that counsel can receive the requested discovery and continue with its investigation. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial

////

////

*U S v. Robert Doyle,* CR 08-00021 CW
Stip. Continuing Status Date       - 2 -

1  and the failure to grant the requested continuance would unreasonably deny counsel the reasonable
2  time necessary for effective preparation, taking into account due diligence.
3      SO ORDERED.
4  DATED:                                     _____
5                                            HONORABLE CLAUDIA WILKEN
                                          United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26