1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant DOYLE

6

7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,              )
12                                         )   No. CR 08-00021 CW
                        Plaintiff,         )
13                                         )   STIPULATION AND
                                           )   ORDER CONTINUING TRIAL
14        v.                               )   SETTING DATE AND EXCLUSION
                                           )   OF TIME    **AS MODIFIED**
15                                         )
   ROBERT DOYLE,                           )
16                                         )
                        Defendant.         )
17 ──────────────────────────────────────)

18        IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date or

19 trial setting date in this case, currently scheduled for Wednesday, April 30, 3008, before Honorable

20 Claudia Wilken, may be continued to Wednesday, May 28, 2008, at 2:30 p.m. for status or trial

21 setting.  Defense counsel has requested additional discovery from the government which has not yet

22 been received.  In addition, defense counsel is continuing with its investigation which may impact

23 the resolution of this case.  Should the Court continue the court date by four weeks, it should allow

24 the defense time to receive the outstanding discovery and determine whether additional motions

25 based upon the discovery should be brought.  It will also allow the parties time to try and resolve the

26

*U S v. Robert Doyle,* CR 08-00021 CW
Stip. Continuing Status Date                          - 1 -

1  case.  The parties stipulate that the time from April 30, 2008, to May 28, 2008, should be excluded

2  in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv)

3  for adequate preparation of counsel so that counsel can receive any outstanding discovery, continue

4  with its investigation and discuss with the government a possible resolution of the case.

5

6  DATED: April 29, 2008                            /S/
   ⁣                                        JOYCE LEAVITT
7                                          Assistant Federal Public Defender

8  DATED:  April 29, 2008                           /S/
                                           THOMAS MOORE
9                                          Assistant United States Attorney

10

11  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

12  "conformed" signature (/S/) within this e-filed document.

13

14                                **ORDER**

15     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status or trial setting date

16  in this case, currently scheduled for Wednesday, April 30, 2008, before Honorable Claudia Wilken,

17  may be continued to Wednesday, **June 11, 2008,** at 2:30 p.m. for status or trial setting.

18

19     IT IS FURTHER ORDERED that the time from April 30, 2008, to **June 11, 2008**, should be

20  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and

21  (B)(iv) for adequate preparation of counsel so that counsel can receive the requested discovery and

22  continue with its investigation.  The Court finds that the ends of justice served by the granting of the

23  continuance outweigh the best interests of the public and the defendant in a speedy and public trial

24  ////

25

26  ////

*U S v. Robert Doyle,* CR 08-00021 CW
Stip. Continuing Status Date                    - 2 -

1  and the failure to grant the requested continuance would unreasonably deny counsel the reasonable

2  time necessary for effective preparation, taking into account due diligence.

3      SO ORDERED.

4  DATED:    4/29/08

5                                                                    _____
                                                                     HONORABLE CLAUDIA WILKEN
6                                                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26