BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant DOYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>                     Plaintiff,           )<br>                                                          )<br>       v.                                            )<br>                                                          )<br> ROBERT DOYLE,                           )<br>                                                          )<br>                                                          )<br>                     Defendant.         ) | No. CR 08-00021 CW [WDB]<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Robert Doyle may be modified to allow Mr. Doyle to leave Cornell Corrections, Inc. in San Francisco, CA and leave the district to travel to Sacramento, CA on Sunday, May 11, 2008, from 10:00 a.m. to 10:00 p.m. so that he can visit with his mother on Mother's Day.  United States Pretrial Services officer Victoria Gibson is aware of the proposed request and has no objection so long as Mr. Doyle provides her with the address and telephone number of his mother as well as his plans for getting to Sacramento.  All other conditions of release shall remain the same.

////

*U.S. v. Robert Doyle*, CR 08-00021 CW [WDB]
Travel Order                                                                       - 1 -

DATED: May 8, 2008

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: May 8, 2008

/S/
_____
THOMAS G. MOORE
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Robert Doyle may be modified to allow Mr. Doyle to leave Cornell Corrections in San Francisco, CA and leave the district to travel to Sacramento, CA on Sunday, May 11, 2008 from 10:00 a.m. to 10:00 p.m. so that he can visit his mother on Mother's Day.

All other conditions of release shall remain the same.

SO ORDERED.

DATED: _____
WAYNE D. BRAZIL
United States Magistrate Judge