1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant DOYLE
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )
                                        )   No. CR 08-00021 CW [WDB]
12               Plaintiff,             )
                                        )   STIPULATION AND ORDER
13       v.                             )   MODIFYING CONDITIONS OF
                                        )   PRETRIAL RELEASE
14 ROBERT DOYLE,                        )
                                        )
15                                      )
                                        )
16               Defendant.             )

17

18       IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of

19 pretrial release for Robert Doyle may be modified to allow Mr. Doyle to leave Cornell Corrections,

20 Inc. in San Francisco, CA and leave the district to travel to Sacramento, CA on Sunday, May 11,

21 2008, from 10:00 a.m. to 10:00 p.m. so that he can visit with his mother on Mother's Day.  United

22 States Pretrial Services officer Victoria Gibson is aware of the proposed request and has no objection

23 so long as Mr. Doyle provides her with the address and telephone number of his mother as well as

24 his plans for getting to Sacramento.  All other conditions of release shall remain the same.

25

26

*U.S. v. Robert Doyle*, CR 08-00021 CW [WDB]
Travel Order                                          - 1 -

DATED: May 8, 2008

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: May 8, 2008

/S/
_____
THOMAS G. MOORE
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Robert Doyle may be modified to allow Mr. Doyle to leave Cornell Corrections in San Francisco, CA and leave the district to travel to Sacramento, CA on Sunday, May 11, 2008 from 10:00 a.m. to 10:00 p.m. so that he can visit his mother on Mother's Day.

All other conditions of release shall remain the same.

SO ORDERED.

DATED: May 8, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge