BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant DOYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR 08-00021 CW |
| Plaintiff,  ) | |
| ) | STIPULATION AND [PROPOSED] |
| v.  ) | ORDER CONTINUING TRIAL |
| ) | SETTING DATE AND EXCLUSION |
| ) | OF TIME |
| ROBERT DOYLE,  ) | |
| ) | |
| Defendant.  ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date or trial setting date in this case, currently scheduled for Wednesday, June 11, 2008, before Honorable Claudia Wilken, may be continued to Wednesday, June 25, 2008, at 2:30 p.m. for change of plea or trial setting. Defense counsel is continuing with its investigation which may impact the resolution of this case. In addition, government counsel is starting trial next week. The additional two weeks will allow the defense to continue its investigation and provide additional time for the parties to try and resolve the case. The parties stipulate that the time from June 11, 2008, to June 25, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and

1  (B)(iv) for adequate preparation of counsel so that counsel can receive any outstanding discovery,

2  continue with its investigation and discuss with the government a possible resolution of the case.

3  DATED: May 28, 2008                              _____
4                                                    JOYCE LEAVITT
                                                     Assistant Federal Public Defender
5
                                                          /S/
6  DATED: May 28, 2008                              _____
7                                                    THOMAS MOORE
                                                     Assistant United States Attorney
8
       I hereby attest that I have on file all holographed signatures for any signatures indicated by a
9  conformed signature (/s/) within this e-filed document.

10
## ORDER
11
       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status or trial setting date
12
13 in this case, currently scheduled for Wednesday, June 11, 2008, before Honorable Claudia Wilken,

14 may be continued to Wednesday, June 25, 2008, at 2:30 p.m. for change of plea or trial setting.

15     IT IS FURTHER ORDERED that the time from June 11, 2008, to June 25, 2008, should be

16 excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and

17 (B)(iv) for adequate preparation of counsel so that counsel can receive the requested discovery and
18
   continue with its investigation.  The Court finds that the ends of justice served by the granting of the
19
20 continuance outweigh the best interests of the public and the defendant in a speedy and public trial

21 and the failure to grant the requested continuance would unreasonably deny counsel the reasonable

22 time necessary for effective preparation, taking into account due diligence.

23     SO ORDERED.

24 DATED:                                           _____
25                                                    HONORABLE CLAUDIA WILKEN
                                                      United States District Judge
26

*U S v. Robert Doyle,* CR 08-00021 CW
Stip. Continuing Status Date                          - 2 -