1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant DOYLE

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,          )
12                                     )   No. CR 08-00021 CW
                    Plaintiff,         )
13                                     )   STIPULATION AND ORDER
         v.                            )   CONTINUING TRIAL SETTING
14                                     )   DATE AND EXCLUSION OF TIME
                                       )
15 ROBERT DOYLE,                       )
                                       )
16                                     )
                    Defendant.         )
17

18     IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date or

19 trial setting date in this case, currently scheduled for Wednesday, June 11, 2008, before Honorable

20 Claudia Wilken, may be continued to Wednesday, June 25, 2008, at 2:30 p.m. for change of plea or

21 trial setting. Defense counsel is continuing with its investigation which may impact the resolution of

22 this case. In addition, government counsel is starting trial next week. The additional two weeks will

23 allow the defense to continue its investigation and provide additional time for the parties to try and

24 resolve the case. The parties stipulate that the time from June 11, 2008, to June 25, 2008, should be

25 excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and

26

*U S v. Robert Doyle,* CR 08-00021 CW
Stip. Continuing Status Date            - 1 -

1  (B)(iv) for adequate preparation of counsel so that counsel can receive any outstanding discovery,

2  continue with its investigation and discuss with the government a possible resolution of the case.

3  DATED: May 28, 2008               _____
4                                     JOYCE LEAVITT
                                      Assistant Federal Public Defender
5
                                          /S/
6  DATED: May 28, 2008               _____
7                                     THOMAS MOORE
                                      Assistant United States Attorney
8
   I hereby attest that I have on file all holographed signatures for any signatures indicated by a
9  conformed signature (/s/) within this e-filed document.

10                                    **ORDER**
11
12  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status or trial setting date

13  in this case, currently scheduled for Wednesday, June 11, 2008, before Honorable Claudia Wilken,

14  may be continued to Wednesday, June 25, 2008, at 2:30 p.m. for change of plea or trial setting.

15  IT IS FURTHER ORDERED that the time from June 11, 2008, to June 25, 2008, should be

16  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and

17  (B)(iv) for adequate preparation of counsel so that counsel can receive the requested discovery and
18
    continue with its investigation. The Court finds that the ends of justice served by the granting of the
19
20  continuance outweigh the best interests of the public and the defendant in a speedy and public trial

21  and the failure to grant the requested continuance would unreasonably deny counsel the reasonable

22  time necessary for effective preparation, taking into account due diligence.

23    SO ORDERED.                     *Claudia Wilken* (signature)
24  DATED:   6/9/08                   _____
25                                    HONORABLE CLAUDIA WILKEN
                                      United States District Judge
26

*U S v. Robert Doyle,* CR 08-00021 CW
Stip. Continuing Status Date              - 2 -