1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant DOYLE
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )
                                        )   No. CR 08-00021 CW [WDB]
12                 Plaintiff,           )
                                        )   STIPULATION AND [PROPOSED]
13       v.                             )   ORDER MODIFYING CONDITIONS
                                        )   OF PRETRIAL RELEASE
14 ROBERT DOYLE,                        )
                                        )
15                                      )
                                        )
16                 Defendant.           )

17

18   IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of

19 pretrial release for Robert Doyle may be modified to allow Mr. Doyle to leave Cornell Corrections,

20 Inc. in San Francisco, CA (1) on Sunday, June 14, 2008, from 10:00 a.m. to 10:00 p.m. so that he

21 can visit with his family on Father's Day, and (2) as directed by his pretrial services officer to seek

22 and maintain employment.  Mr. Doyle has family coming from Los Angeles and Sacramento to

23

24 celebrate Father's Day with the family at Mr. Doyle's brother's house in Berkeley, California.

25 United States Pretrial Services officer Victoria Gibson is aware of the proposed modifications and

26 has no objection to either modification.

*U.S. v. Robert Doyle*, CR 08-00021 CW [WDB]
Modification of Pretrial Release                - 1 -

All other conditions of release shall remain the same.

DATED: 6-09-08            _____
                          JOYCE LEAVITT
                          Assistant Federal Public Defender


                                    /S/

DATED: 6-09-08            _____
                          THOMAS G. MOORE
                          Assistant United States Attorney


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Robert Doyle may be modified to allow Mr. Doyle to leave Cornell Corrections in San Francisco, CA on Sunday, June 14, 2008 from 10:00 a.m. to 10:00 p.m. so that he can visit his family on Father's Day so long as he provides his pretrial services officer with the address and telephone number of his brother's house in Berkeley, CA where the family will be visiting.

IT IS FURTHER ORDERED that Mr. Doyle may leave Cornell Corrections in San Francisco, CA at the direction of his pretrial services officer to seek and maintain employment.

All other conditions of release shall remain the same.

1  SO ORDERED.

2

3

4

5  DATED: _____

                  WAYNE D. BRAZIL

6                    United States Magistrate Judge

*U.S. v. Robert Doyle*, CR 08-00021 CW [WDB]
Modification of Pretrial Release         - 3 -