1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12ᵗʰ Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant DOYLE
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )
                                         )  No. CR 08-00021 CW [WDB]
12                   Plaintiff,          )
                                         )  STIPULATION AND ORDER
13        v.                             )  MODIFYING CONDITIONS OF
                                         )  PRETRIAL RELEASE
14  ROBERT DOYLE,                        )
                                         )
15                                       )
                                         )
16                   Defendant.          )

17

18       IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of

19  pretrial release for Robert Doyle may be modified to allow Mr. Doyle to leave Cornell Corrections,

20  Inc. in San Francisco, CA (1) on Sunday, June 15, 2008, from 10:00 a.m. to 10:00 p.m. so that he

21  can visit with his family on Father's Day, and (2) as directed by his pretrial services officer to seek

22  and maintain employment.  Mr. Doyle has family coming from Los Angeles and Sacramento to

23  celebrate Father's Day with the family at Mr. Doyle's brother's house in Berkeley, California.

24

25  United States Pretrial Services officer Victoria Gibson is aware of the proposed modifications and

26  has no objection to either modification.

*U.S. v. Robert Doyle*, CR 08-00021 CW [WDB]
Modification of Pretrial Release              - 1 -

1    All other conditions of release shall remain the same.

2

3    DATED: 6-09-08

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

4

5

6

7    DATED: 6-09-08

/S/
_____
THOMAS G. MOORE
Assistant United States Attorney

8

9

10

11    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

12

13

14

15    # ORDER

16    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial

17    release for Robert Doyle may be modified to allow Mr. Doyle to leave Cornell Corrections in San

18    Francisco, CA on Sunday, June 15, 2008 from 10:00 a.m. to 10:00 p.m. so that he can visit his

19    family on Father's Day so long as he provides his pretrial services officer with the address and

20    telephone number of his brother's house in Berkeley, CA where the family will be visiting.

21

22    IT IS FURTHER ORDERED that Mr. Doyle may leave Cornell Corrections in San Francisco,

23    CA at the direction of his pretrial services officer to seek and maintain employment.

24    All other conditions of release shall remain the same.

25

26

*U.S. v. Robert Doyle*, CR 08-00021 CW [WDB]
Modification of Pretrial Release                - 2 -

1    SO ORDERED.

2

3

4

5    DATED:    6/13/08                    _____
                                          WAYNE D. BRAZIL
6                                         United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*U.S. v. Robert Doyle*, CR 08-00021 CW [WDB]
Modification of Pretrial Release              - 3 -