UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Raynee Mercado**
**Date: 6/25/08**

**Plaintiff:**  United States

**v.**                                        **No.**  CR-08-00021 CW

**Defendant:**  Robert Thomas Doyle (present)


**Appearances for Plaintiff:**
Tom Moore

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


          **Hearing:  Trial Setting or Disposition**

**Notes:**    Parties have agreement, but it needs to be written up.  **Case continued to 7/2/08 at 2:30 p.m. for disposition or trial setting.**  Defense has no motions to file.  Time excluded for effective preparation.

Copies to: Chambers