1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOYCE LEAVITT
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, CA 94607-3627
4
Counsel for Defendant DOYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-00021 CW [WDB] |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER MODIFYING CONDITIONS |
| | ) | OF PRETRIAL RELEASE |
| ROBERT DOYLE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Robert Doyle may be modified to allow Mr. Doyle to leave Cornell Corrections, Inc. in San Francisco, CA on Friday, July 4, 2008, from 10:00 a.m. to 10:00 p.m. United States Pretrial Services officer Betty Kim is aware of the proposed modification and has no objection so long as Mr. Doyle provides her with the address and telephone number where he will be visiting with his family on July 4, 2008, prior to leaving the half-way house.

//

//

*U.S. v. Robert Doyle*, CR 08-00021 CW [WDB]
Modification of Pretrial Release         - 1 -

All other conditions of release shall remain the same.

DATED: 7-2-08

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 7-2-08

/S/
_____
THOMAS G. MOORE
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Robert Doyle may be modified to allow Mr. Doyle to leave Cornell Corrections in San Francisco, CA on Friday, July 4, 2008, from 10:00 a.m. to 10:00 p.m. so that he can visit his family on the Fourth of July so long as he provides his pretrial services officer with the address and telephone number of where the family will be visiting prior to leaving the half-way house.

All other conditions of release shall remain the same.

SO ORDERED.

DATED: _____
WAYNE D. BRAZIL
United States Magistrate Judge

*U.S. v. Robert Doyle*, CR 08-00021 CW [WDB]
Modification of Pretrial Release           - 2 -