UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 7/3/08

**Plaintiff:**  United States

v.                                                        **No.**  CR-08-00021 CW

**Defendant:**  Robert Thomas Doyle (present)


**Appearances for Plaintiff:**
Tom Moore

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**


**Probation Officer:**



**Speedy Trial Date:**


Hearing:   Change of Plea

**Notes:**    Defendant enters under oath Rule 11(c)(1)(C) plea of guilty to Count 21 of the Indictment charging making false claims to a U.S. agency in violation of 18 USC 287.  Plea Agreement filed.  Court finds factual basis for plea; Court accepts plea.  PSR requested.
**Sentencing set for 10/8/08 at 2:30 p.m.**

Copies to: Chambers; probation