BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant DOYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-00021 CW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | MODIFYING CONDITIONS OF |
| | ) | PRETRIAL RELEASE |
| ROBERT DOYLE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Robert Doyle may be modified to allow Mr. Doyle to leave Cornell Corrections, Inc. in San Francisco, CA on Sunday, August 3, 2008, from 12:00 p.m. to 8:00 p.m. to spend the day with his fiancee, Rhonda Conley, at 2129 East 24th Street, Oakland, CA 94606. United States Pretrial Services officer Victoria Gibson is aware of the proposed modification and has no objections to the request.

All other conditions of release shall remain the same.

DATED: August 1, 2008            _____/S/_____
                                 JOYCE LEAVITT
                                 Assistant Federal Public Defender

DATED: August 1, 2008            _____/S/_____
                                 THOMAS G. MOORE
                                 Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Robert Doyle may be modified to allow Mr. Doyle to leave Cornell Corrections in San Francisco, CA on Sunday, August 3, 2008, from 12:00 p.m. to 8:00 p.m. to spend the day with his fiancee, Rhonda Conley, at 2129 East 24th Street, Oakland, CA 94606 with the prior approval of pretrial services.

All other conditions of release shall remain the same.

SO ORDERED.

DATED:   8/1/08                  _____
                                 CLAUDIA WILKEN
                                 United States District Judge