1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant DOYLE
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )
                                           )   No. CR 08-00021 CW [WDB]
12                      Plaintiff,         )
                                           )
13         v.                              )   STIPULATION AND ORDER
                                           )   MODIFYING CONDITIONS OF
14                                         )   PRETRIAL RELEASE
    ROBERT DOYLE,                          )
15                                         )
                                           )
16                      Defendant.         )

17         IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of

18  pretrial release for Robert Doyle may be modified to allow Mr. Doyle to leave Cornell Corrections,

19  Inc. in San Francisco, CA on Thursday, August 14, 2008, at 9:00 a.m. to travel to Sacramento,

20  California, so that he can visit his mother, Mary Doyle, who is currently in Mercy General Hospital,

21  4001 "J" Street, Sacramento, California.  Mr. Doyle intends to be either at the hospital or at the

22  residence of his sister, Linda Decquir, who lives at 7472 Rio Montego Drive, Sacramento,

23  California.  It is further stipulated that Mr. Doyle may remain in Sacramento to visit with his mother

24
25  and stay with his sister in Sacramento through Monday, August 18, 2008, at the direction of United

26

1   States Pretrial Services and with the prior approval of his officer or one of her colleagues.

2       United States Pretrial Services officer Betty Kim is aware of the proposed modification and has

3   no objections to the request.  All other conditions of release shall remain the same.

4

5                                                           /S/
6   DATED: 8/14/08              _____

7                               JOYCE LEAVITT
                                Assistant Federal Public Defender

8

9                                                           /S/
    DATED: 8/14/08              _____
10
                                THOMAS G. MOORE
11                              Assistant United States Attorney

12      I hereby attest that I have on file all holographed signatures for any signatures indicated by a
13  conformed signature "/s/" within this e-filed document.

14
                                    **ORDER**
15

16      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial

17  release for Robert Doyle may be modified to allow Mr. Doyle to leave Cornell Corrections in San

18  Francisco, CA on Thursday, August 14, 2008, at 9:00 a.m. to travel to Sacramento, California, so

19  that he can visit his mother who is in the hospital.  It is further ordered that Mr. Doyle may remain in

20  Sacramento and stay at the residence of his sister, Linda Decquir, through Monday, August 18,

21  2008, at the direction of United States Pretrial Services and with the prior approval of his pretrial

22  services officer or one of her colleagues.

23
        All other conditions of release shall remain the same.
24

25  //

26

*U.S. v. Robert Doyle*, CR 08-00021 CW
Modification of Pretrial Release              - 2 -

1    SO ORDERED.

2

3    DATED:   August 14, 2008

4                                                    WAYNE D. BRAZIL
                                                     United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26