## ~~PROPOSED~~ ORDER/COVER SHEET

**TO:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**RE:** Doyle, Robert

**FROM:** Richard W. Wieking, Acting Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** CR08-00021 CW

FILED
AUG 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DATE:** August 26, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson
**U.S. PRETRIAL SERVICES SPECIALIST**

510 637 3752
**TELEPHONE NUMBER**

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __4__ on __FRIDAY, 8/29/08__ at __10:00 am__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_Wayne D. Brazil_
**JUDICIAL OFFICER**

_8/26/08_
**DATE**

Cover Sheet (12/03/02)

*[handwritten:] Copy to: WDB's stats, Sheilah, Financial. Copy to parties via ECF, Pretrial Svcs.*