BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant DOYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00021 CW [WDB] |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| ROBERT DOYLE, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Robert Doyle may be modified to allow him to leave Cornell Corrections, Inc. every Friday, at 6:00 p.m. and return on Monday, by 9:00 p.m., starting September 12, 2008, to travel to Sacramento, California, to be with his mother, Mary Doyle. Mary Doyle's health has deteriorated to the point that she is in hospice and not expected to live much longer. Mr. Doyle is to stay at the residence of his sister, Linda Decquir, 7472 Rio Montego Drive, while in Sacramento, California.

/ / /

/ / /

*U.S. v. Robert Doyle*, CR 08-00021 CW
Modification of Pretrial Release            - 1 -

IT IS FURTHER STIPULATED that Mr. Doyle may leave Cornell Corrections, Inc. in San Francisco, California at a time other than specified above, at the direction of United States Pretrial Services, to travel to Sacramento, California, so that he can be with his mother when she dies.

United States Pretrial Services officer Victoria Gibson is aware of the proposed modification and has no objection to the request. All other conditions of release shall remain the same.

DATED: September 10, 2008                            /S/
                                                     _____
                                                     JOYCE LEAVITT
                                                     Assistant Federal Public Defender

DATED: September 10, 2008                            /S/
                                                     _____
                                                     THOMAS G. MOORE
                                                     Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/S/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Robert Doyle may be modified to allow him to leave Cornell Corrections, Inc. every Friday, at 6:00 p.m. and return on Monday, by 9:00 p.m., starting September 12, 2008, to travel to Sacramento, California, to be with his mother, Mary Doyle. While in Sacramento, Mr. Doyle is to reside with his sister, Linda Decquir.

IT IS FURTHER ORDERED that Mr. Doyle may leave Cornell Corrections, Inc. in San Francisco, California to travel to Sacramento, California, at a time other than specified above, at the

/ / /

/ / /

direction of United States Pretrial Services, to be with his mother when she dies. All other conditions of release shall remain the same.

SO ORDERED.

DATED: _____

_____
WAYNE D. BRAZIL
United States Magistrate Judge