1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant DOYLE
5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )
                                        )  No. CR 08-00021 CW [WDB]
12                  Plaintiff,          )
                                        )  STIPULATION AND ORDER
13        v.                            )  MODIFYING CONDITIONS OF
                                        )  PRETRIAL RELEASE
14 ROBERT DOYLE,                        )
                                        )
15                                      )
                                        )
16                  Defendant.          )

17       IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of

18 pretrial release for Robert Doyle may be modified to allow him to leave Cornell Corrections, Inc.
19
   every Friday, at 6:00 p.m. and return on Monday, by 9:00 p.m., starting September 12, 2008, to
20
   travel to Sacramento, California, to be with his mother, Mary Doyle.  Mary Doyle's health has
21
   deteriorated to the point that she is in hospice and not expected to live much longer.  Mr. Doyle is to
22
   stay at the residence of his sister, Linda Decquir, 7472 Rio Montego Drive, while in Sacramento,
23
   California.
24

25 / / /
26

*U.S. v. Robert Doyle*, CR 08-00021 CW
Modification of Pretrial Release            - 1 -

/ / /

IT IS FURTHER STIPULATED that Mr. Doyle may leave Cornell Corrections, Inc. in San Francisco, California at a time other than specified above, at the direction of United States Pretrial Services, to travel to Sacramento, California, so that he can be with his mother when she dies.

United States Pretrial Services officer Victoria Gibson is aware of the proposed modification and has no objection to the request.  All other conditions of release shall remain the same.

DATED:  September 10, 2008              /S/
                                        _____
                                        JOYCE LEAVITT
                                        Assistant Federal Public Defender

DATED:  September 10, 2008              /S/
                                        _____
                                        THOMAS G. MOORE
                                        Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/S/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Robert Doyle may be modified to allow him to leave Cornell Corrections, Inc. every Friday, at 6:00 p.m. and return on Monday, by 9:00 p.m., starting September 12, 2008, to travel to Sacramento, California, to be with his mother, Mary Doyle.  While in Sacramento, Mr. Doyle is to reside with his sister, Linda Decquir.

IT IS FURTHER ORDERED that Mr. Doyle may leave Cornell Corrections, Inc. in San Francisco, California to travel to Sacramento, California, at a time other than specified above, at the

/ / /

1  / / /

2  direction of United States Pretrial Services, to be with his mother when she dies.  All other

3  conditions of release shall remain the same.

4

5      SO ORDERED.

6  DATED:     September 10, 2008

                                               _____

7                                          WAYNE D. BRAZIL
                                      United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*U.S. v. Robert Doyle*, CR 08-00021 CW
Modification of Pretrial Release                                               - 3 -